# UNITED STATES DISTRICT COURT

_____District of New Jersey_____

CONJURED UP ENTERTAINMENT, et al

                Plaintiff                  ORDER ON APPLICATION
                                                                             TO PROCEED WITHOUT
       V.                                  PREPAYMENT OF FEES

UNITED STATES OF AMERICA, et al

                Defendant                Case Number: 11-1854 (SDW)

      Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

      IT IS ORDERED that the application is:

☐     GRANTED, and

      ☐ The clerk is directed to file the complaint, and

      ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: _Plaintiff has failed to set forth a claim upon which relief may be granted._

ENTER this 11th day of April, 2011

                                                            Signature of Judicial Officer

                                                     Susan D. Wigenton, U.S.D.J.
                                                    Name and title of Judicial Officer